copy

# FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

## COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

*****************************************************************

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1) the average monthly deposits to your prison account for the past six months; or

2) the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

**CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.**

*****************************************************************

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.** _____

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court.</u> **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** __xx__

**Please Note:** If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____
(Inmate Number)

DOUGLAS HENRY. THORNTON REG NO# 37461-118
_____
(Name of Plaintiff)

[redacted]

_____
(Address of Plaintiff)

UNITED STATES PENITENTIARY POST BOX 1000
LEWISBURG PENNSYLVANIA 17837

vs.

DONALD ROMINE: WARDEN ET. AL.

_____

_____
(Names of Defendants)

1 : CV00-1255
_____
(Case Number)

COMPLAINT

FILED
SCRANTON
JUL 14 2000
PER _____
DEPUTY CLERK

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                    _XX_ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned: I cant remember the case numbers or the judicial officers to whom th
   cases was assigned. I can't recall any of the judges names.

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      _x_Yes ____No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      _x_Yes ____No

      If your answer is no, explain why not _____

   C. Is the grievance process completed? _x_Yes ____No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __Mr. Donald Romine__ is employed as __WARDEN__ at __UNITED STATES PENITENTIARY LEWISBURG Pa__

B. Additional defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. The Plaintiffs are being force to walk through metal detectors that generate and produce **Radiation**. [handwritten illegible text]

2. The Plaintiffs are forced to walk through these radiation producing metal detectors about four thousand times a year, about a hundred times a week, about 30 times a day, subjecting the Plaintiffs to the what is call innocuous level of **radiation** thats produce by the metal detectors that Plaintiffs are force to walk through ever day inorder to eat and to go to work and from etc.

3. Sleeping disorders, Headaches, and other effects do to **radiation** exposures The Plaintiffs of this action and many other inmates at the united states penitentiary in Lewisburg Pennsylvania only begin to experience these medical problems after walking through the metal detectors. lost of hair, weight etc.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Stop the Defendant from exposing the Plaintiffs to **Radiation** thats generate by the metal detectors that the defendant are forcing the Plaintiffs to walk through about 30 times a day, a hundred times a week and about four thousand times a year or more.

2. To test all the metal detectors to see or learn the level of **radiation** thats being produce or generated by each metal detectors.

To compell the defendant to answer fully to the freedom of information request that the Plaintiff filed to the federal bureau of prisons see F.O.I. case NO# 99-11940.

3. Five, Million Dollars for **Radiation** exposure. 5,000,000,00

Five, Million Dollars for the effects of the **Radiation** and subjecting them to cruel and unusual Punishment in voilation of the 8, amendment of the United States Constitution.

Signed this 5 day of July, 2000.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

July 5, 2000
(Date)

(Signature of Plaintiff)