IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON; REG NO#
37461-118           Plaintiffs

[redacted]

Vs.

DONALD ROMINE; Warden ET.AL.
                    Defendants

1: CV00-1255

CIVIL ACTION NO#_____

FILED
SCRANTON

JUL 1 4 2000

PER _____
  DEPUTY CLERK

MOTION JURY TRIAL DEMAND
F.R.Civ.P. Rule; 33 (b)

Now come's the said Plaintiffs, and motion this Honorable United States district court for the middle district of Pennsylvania. To allow the said Plaintiffs to file this motion for jury trial of right in this action and to grant the same for the following reasons.

(1). Plaintiff motion this honorable united states district court for the middle of Pennsylvania. To grant this Demand motion for a jury trial in this civil action, title 28 united states code section 1331 in accordance with Rule 38 of the federal civil judicial procedure and rule and the seventh Amendment of the United states constitution.

Respectfully Submitted

CERIFICATE OF SERVICE; I Douglas H.Thornton certify and declare that the foregoing motion of jury demand has been first class prepaid postage put in the institution mailbox at U.S.P.Lewisburg Pa. and forwarded on this Date; December 1999 to the Defendant address at U.S.P.Lewisburg Pa. 17837
    (Warden office)

Douglas Henry. Thornton
REG NO# 37461-118-A-320
United States Penitentiary
Post office box 1000
Lewisburg Pennsylvania 17837