copy (5)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON; REG NO# 37461-118          Plaintiffs,

~~[redacted]~~

Vs.

DONALD ROMINE; Warden, ET.AL.
                    Defendants

1: CV00-1255

Civil action NO# _____

FILED
SCRANTON

JUL 14 2000

PER [signature]
DEPUTY CLERK

MOTION FOR APPOINTMENT OF COUNSEL
TITLE 28 U.S.C. SECTION 1915

Come's now the said Plaintiff's and motion this honorable United States district court for the middle district of Pennsylvania to allow the said Plaintiff's to file this motion for appointment of counsel for the following reasons and to grant the same.

(1). The Plaintiff's do not have or own any thing of value that they can use to retain a Attorney or Counsel.

(2). That the Plaintiff's lack the necessary knowledge to prosecute this action or to represent their self in this action.

(3). The Plaintiff are federal prisoners at the United States penitentiary in Lewisburg Pennsylvania, in the custody and supervision of the defendant etc.

CERTIFICATE OF SERVICE; Douglas H. Thornton certify and declare that the foregoing motion for appointment of counsel has been first class prepaid postage put in to the institution mail box at U.S.P. Lewisburg Pa, and forwarded on this date; December ___ 1999, to the defendant address at U.S.P. lewisburg Pa 17837.
       (OFFICE OF THE WARDEN.)

Respectfully Submitted

[signature]

Douglas Henry. Thornton
Reg no# 37461-118-A-320
United States penitentiary
Post office box 1000
Lewisburg Pennsylvania 17837