Copy (6)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON; REG NO# 37461-118;          Plaintiffs,

Vs.

DONALD ROMINE; Warden, ET.AL.
                         Defendant

1: CV 00 - 1255

CIVIL CAUSE NO#;_____

FILED
SCRANTON

JUL 14 2000

PER _____
    DEPUTY

F.R.Civ.P. RULE; 33 (a) (b) (b.3)
Interrogatories Discoverys

Come's now the said Plaintiffs, and motion the Defendant to answer to this interrogatory and all of its questions. Each interrogatory shall be answered separately and fully in writing under oath. Federal civil judicial procedure and rules. Rule 33.

(1). Do the metal detectors that are being use at the federal penitentiary in Lewisburg Pennsylvania product or generate any level of radiation.

(2). How many times a day are the inmates at the federal penitentiary in Lewisburg Pa are force to walk through the metal detectors per day.

(3). How many metal detectors are inmates force to walk through each day inorder to go to work each day and to eat each day.

(4). Have any laboratory, Scientific testing or examination been perform to see what the level of radiation each metal detectors product at each level of they are place on.

(5). How many metal detectors are being use on the inmates each day or how many metal detectors are inmates at the federal penitentiary in Lewisburg Pa are force to walk through each day.

Page two of interrogatory Discovery;

(6). How long have the metal detectors and how many metal detectors been at U.S.P. Lewisburg thats being use on the federal inmates there.

(7). From the time that the metal detectors been use on the inmates at U.S.P. Lewisburg have inmate been complainting about having problems sleeping, Headaches etc that only begin to happen after they begin to walk through the metal detectors.

(8). How many kind of metal detectors are being use on the Plaintiffs

(9). Are all the metal detectors thats being use at the federal penitentiar in Lewisburg Pennsylvania from the same manufacturer.

(10). Who test the metal detectors to see what level they are set on and how much Radiation generated by those level the metal detectors are set at and who set the metal detectors.

(11). What is the reasons for so many metal dectectors at U.S.P. Lewisburg P

(12). What are the metal detectors made of and what kind of basic material, substance, elements that are produced by the metal detectors.

(13). What knowledge of familiarity that the defendant has through experience with the metal detectors or Radiation effects on human being from the metal detectors.

(14). Do the Radiation thats generated by the metal detectors has any effects on the brai

Respestfully Submitted

Douglas Henry.Thornton
REG NO# 37461-118-A320
United states penitentiary
Post office box 1000
Lewisburg.Pennsylvania 17837

CERTIFICATE OF SERVICE:
I,Douglas H.Thornton ,certify and declare that the foregoing interrogatory Discovery has been first class prepaid postage,put in the institution mailbox at U.S.P. Lewisburg Pa. and forwarded on this day of December    1999 to the address of the defendant at the U.S.P. Lewisburg Pa. 17837. (warden office).

/ Date; Correction January    2000

July 5,