copy 7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON
REG NO; 37461-118  PLAINTIFF'S

VS.

DONALD ROMINE; WARDEN, ET.AL.
             DEFENDANT'S

1: CV00-1255

CIVIL ACTION CASE NO#___

FILED
SCRANTON
JUL 14 2000

DEPUTY CLERK

### SUPPORTING AFFIDAVIT'S

This affidavit are in support of the above title and cited civil action. The contents and subject matters mention within this affidavit are the thing that the person who sign to authenticate a legally sworn statement under the jurisdiction of title 28 section 1746; are true and correct and of their personal experience with the subject matter of this action and its effects on their person.

I, _Rodney Browns - 16581-018_ ; am a federal prisoner at the United States penitentiar in Lewisburg Pennsylvania. I as the Plaintiff of this action as cited above are being forced by the defendant's to walk through metal detectors that generate and produce leve of radiation. I as the Plaintiff of this action are forced to walk thorugh these metal detectors more then five thousand times a year, more then four hundred times a month, mc then a hundred times a week and on or about 30 times a day. I have been experiencing son of the same effects as the Plaintiff and those that are mention within the contents of this complaint. Such as sleeping disorder, eating disorder, headaches, lost of weight, e I have read and fully understand the content of this affidavit's. Executed on this day_ January    2000.

LEGALLY SUBMITTED
RB
UNITED STATES PENITENTIARY
POST OFFCIE BOX 1000
LEWISBURG PENNSYLVANIA 17837

DATEE:

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 983

HARRISBURG, PA 17108

July 18, 2000

Douglas Henry. Thornton
USP-LEWISBURG
#37461-118
P. O. Box 1000
Lewisburg, PA 17837

Re: 1:00-cv-01255  Thornton v. Romine
    Judge: Yvette Kane

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the Court for consideration.

Very truly yours,

MARY E. D'ANDREA, Clerk

By: _____
    Deputy Clerk

[ ] Petition For Writ of Habeas Corpus    [x] Complaint

[ ] Transfer From Other District          [ ] Other

NOTE: Please be advised that in order for service to be made a U.S. Marshal Form 285 (form enclosed) must be completed for each named defendant and returned to the Clerk's Office at the above address. Additional forms are available at the prison library or the U.S. Marshal's Office. (This does not apply to Petitions for Writ of Habeas Corpus.)

Enclosed: Notice of Consent regarding Magistrate Referral.