Douglas H. Thornton
Reg No# 37461-118-4-A-112
United States Penitentiary
Allenwood, P.O. Box 3500
White Deer, Pennsylvania 17887

FILED
HARRISBURG, PA
AUG 2 2000
MARY E. D'ANDREA, CLERK
PER: _____ Deputy Clerk

Date July 27, 2000

To: Office of the Clerk
United State District Courthouse
228 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania
17108

Re: Thornton v. Romine, Civil Case No# 1:CV-00-1255

Subject: Transferr, Change of address.

I, Douglas Henry Thornton, Plaintiff of said civil case No# 1:CV-00-1255, has been transferr from the federal Penitentiary in Lewisburg Pa, to the federal Penitentiary in White Deer Pa. U.S. Penitentiary Allenwood, P.O. 3500, White Deer Pennsylvania 17887.

Respectfully Submitted
/s/ Douglas H. Thornton