12

8/3/02

Douglas Henry Thornton, Plaintiff
Reg № 37461-118-4-A-112 / Civil № 1:CV-00-1255
United States Penitentiary Allenwood
P.O. Box 3500
White Deer, Pennsylvania 17887.

**FILED**
HARRISBURG, PA

AUG 2 2000

MARY E. D'ANDREA, CLERK
Per _____ 
Deputy Clerk

Date: July 28, 2000

To: Mary E. D'Andrea
           Clerk
United States District Courthouse
228 Walnut Street
P.O. Box 953
Harrisburg, Pennsylvania 17108

1-CV-00-1255
J. Kane
400 P/RSLC Schimelfenig

Dear Clerk,
          This letter is to advise your office, That
the Federal Penitentiary where I, Douglas H. Thornton
who is the Plaintiff in this Civil action Civil case № 1
1:CV-00-1255. Is lock down. I am not allow to use
the institution law library at this time. I am not able
to file appreciate motions in this action at this time
doing the institution lock down. See: US. Dept of Justice
Federal bureau of Prison, U.S. Penitentiary Allenwood, Memorand
m. dated July 27, 2000. I am also taking medications
That have strong effects on my mental function.
I. Isometheptene, Migraine headaches, 2. Diphenhydramine hcl
25 mg Parkinson disease, 3. Oxybutynin Chloride 5 mg
bladder conditions.

                                        Respectfully Submitted
                                        _____



**U. S. Department of Justice**

Federal Bureau of Prisons

*U.S. Penitentiary, Allenwood*

*White Deer, PA 17887-3500*

July 27, 2000

MEMORANDUM FOR INMATE POPULATION

FROM:        Jake Mendez, Warden

SUBJECT:     Institution Lock Down

This memorandum is written to advise you of the plan for the lock down for Friday and the weekend. Our goal is to return to normal operations on Monday, July 31, 2000. In order to achieve this goal, I ask for your continued cooperation. **Any incident/misconduct will result in the rescission of this plan, and the institution will return to full lock down status.**

On Friday, you will have access to the common areas of your assigned unit from 7:00 a.m. until 4:00 p.m. Lunch will be served, by unit, in the dining room. You will have access to telephones, showers, laundry room and televisions. A movie will be provided by the Recreation Department at 8:00 a.m., and 1:00 p.m. The Visiting Room will be open; however, other outside services, i.e., recreation, religious services, etc., will not be available. The Chaplain will make rounds in the housing units throughout the day.

On Saturday, you will have access to the common areas of your assigned unit from 7:00 a.m. until 9:00 p.m., excluding count times. Lunch will be served, by unit, in the dining room. You will have access to telephones, showers, laundry room and televisions. A movie will be provided by the Recreation Department at 8:00 a.m., and 1:00 p.m. You will be allowed approximately one hour of outside recreation on the recreation yard. The gymnasium and other areas of the institution will not be available for inmate use. The Chaplain will be available in the units throughout the day.

# PATIENT MEDICATION INFORMATION

**OXYBUTYNIN CHLORIDE 5 MG TAB**                                                    Rx # 1997

GENERIC NAME:   OXYBUTYNIN (ox-i-BYOO-ti-nin)

COMMON USES:  This medicine is an anticholinergic agent used to treat
certain conditions of the bladder.

BEFORE USING THIS MEDICINE:  Some medicines or medical conditions may
interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all
prescription and over-the-counter medicine that you are taking.
ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you
are taking phenothiazines. Inform your doctor of any other medical
conditions, allergies, pregnancy, or breast-feeding. Contact your
doctor or pharmacist if you have any questions or concerns about
taking this medicine.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine
provided by your doctor. STORE THIS MEDICINE at room temperature in a
tightly-closed container, away from heat and light. IF YOU MISS A DOSE
OF THIS MEDICINE, take it as soon as possible. If it is almost time
for your next dose, skip the missed dose and go back to your regular
dosing schedule. Do not take 2 doses at once.

CAUTIONS:  DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT
COULD BE DANGEROUS until you know how you react to this medicine.
Using this medicine alone, with other medicines, or with alcohol may
lessen your ability to drive or to perform other potentially dangerous
tasks. THIS MEDICINE WILL ADD TO THE EFFECTS OF ALCOHOL and other
depressants. Ask your doctor or pharmacist if you have questions. DO
NOT BECOME OVERHEATED in hot weather or during exercise or other
activities since heat stroke may occur while you are taking this
medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either
prescription or over-the-counter, check with your doctor or
pharmacist. FOR WOMEN: IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in
breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using
this medicine, check with your doctor or pharmacist to discuss the
risks to your baby.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS, that may go away during treatment,
include dry mouth, decreased sweating, blurred vision, changes in
sexual ability, drowsiness, dizziness, or constipation. If they
continue or are bothersome, check with your doctor. CHECK WITH YOUR
DOCTOR AS SOON AS POSSIBLE if you experience fast heartbeat or
hallucinations. If you notice other effects not listed above, contact
your doctor, nurse, or pharmacist.

OVERDOSE:  IF OVERDOSE IS SUSPECTED, contact your local poison control
center or emergency room immediately. Symptoms of overdose may include
restlessness, tremor, irritability, flushing, fever, nausea, vomiting,
fast heartbeat, and slow breathing.

ADDITIONAL INFORMATION:  DO NOT SHARE THIS MEDICINE with others for whom
it was not prescribed. DO NOT USE THIS MEDICINE for other health
conditions. KEEP THIS MEDICINE out of the reach of children. IF USING
THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before
your supply runs out.

Database Edition 00.2 - Expires July 2000
Copyright 2000 First DataBank, Inc.
All rights reserved.

BOP Rx LABEL        TRAK# WFPP03

# PATIENT MEDICATION INFORMATION

**ISOMETH/DI'LPHENASONE/APAP 65/100/325 CAP**

Rx # 2253

GENERIC NAME:  ISOMETHEPTENE (eye-soe-metyh-EP-teen), DICHLORALPHENAZONE (dye-klor-al-FEN-a-zone), and ACETAMINOPHEN (a-seat-a-MIN-oh-fen)

COMMON USES:  This medicine is an analgesic, vasoconstrictor, and sedative combination used to treat migraine and tension headaches.

BEFORE USING THIS MEDICINE:  Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking furazolidone or monoamine oxidase inhibitors (MAOIs). ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking anticoagulants, bromocriptine, guanadrel, guanethidine, tricyclic antidepressants, or isoniazid. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of high blood pressure or heart or kidney conditions. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS:  DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. DO NOT TAKE MORE THAN 5 CAPSULES IN 12 HOURS or more than 8 capsules in 24 hours, unless directed otherwise by your doctor. THIS MEDICINE CONTAINS ACETAMINOPHEN. Do not take additional acetaminophen for pain or fever without checking with your doctor or pharmacist. Ask your pharmacist if you have questions about which medicines contain acetaminophen. ALCOHOL WARNING: If you consume 3 or more alcoholic drinks every day, ask your doctor whether you should take acetaminophen or other pain relievers/fever reducers. Acetaminophen may cause liver damage. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist.

POSSIBLE SIDE EFFECTS:  A SIDE EFFECT, that may go away during treatment, is dizziness. If it continues or is bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience a skin rash. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE:  IF OVERDOSE IS SUSPECTED, contact your local poison control center or emergency room immediately.

ADDITIONAL INFORMATION:  DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

Database Edition 00.2 - Expires July 2000
Copyright 2000 First DataBank, Inc.
All rights reserved.

BOP Rx LABEL          TRAK# WFPP03

# PATIENT MEDICATION INFORMATION

**DIPHENHYDRAMINE HCL 25MG TAB**                                                                                    Rx # 1998

GENERIC NAME:  DIPHENHYDRAMINE (dye-fen-HYE-dra-meen)

COMMON USES:  This medicine is an antihistamine used to treat or prevent
allergy symptoms, to treat Parkinson's disease, to prevent nausea or
vomiting, and to cause sedation. It may also be used to treat other
conditions as determined by your doctor.

BEFORE USING THIS MEDICINE:  INFORM YOUR DOCTOR OR PHARMACIST of all
prescription and over-the-counter medicine that you are taking. Inform
your doctor of any other medical conditions, allergies, pregnancy, or
breast-feeding.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine
provided by your doctor. THIS MEDICINE MAY BE TAKEN with food if it
upsets your stomach. STORE THIS MEDICINE at room temperature in a
tightly-closed container, away from heat and light. IF YOU MISS A DOSE
OF THIS MEDICINE and you are taking it regularly, take it as soon as
possible. If it is almost time for your next dose, skip the missed
dose and go back to your regular dosing schedule. Do not take 2 doses
at once.

CAUTIONS:  DO NOT EXCEED THE RECOMMENDED DOSE or take this medicine for
longer than prescribed without checking with your doctor. DO NOT
DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS
until you know how you react to this medicine. Using this medicine
alone, with other medicines, or with alcohol may lessen your ability
to drive or to perform other potentially dangerous tasks. DO NOT
BECOME OVERHEATED in hot weather or during exercise or other
activities since heatstroke may occur. BEFORE YOU BEGIN TAKING ANY NEW
MEDICINE, either prescription or over-the-counter, check with your
doctor or pharmacist. DO NOT USE THIS MEDICINE with any other
medicines that contain diphenhydramine, either by mouth or applied to
the skin. FOR WOMEN: THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT
BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS, that may go away during treatment,
include drowsiness; dizziness; dry mouth, throat, and nose; or
thickening of mucus in nose or throat. If they continue or are
bothersome, check with your doctor. If you notice other effects not
listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE:  IF OVERDOSE IS SUSPECTED, contact your local poison control
center or emergency room immediately. Symptoms of overdose may include
drowsiness, dizziness, dry mouth, flushing, fever, weakness, tremor,
muscle twitching, loss of consciousness, and seizures. In children,
excitement may occur first followed by loss of coordination,
drowsiness, loss of consciousness, and seizures.

ADDITIONAL INFORMATION:  DO NOT SHARE THIS MEDICINE with others for whom
it was not prescribed. DO NOT USE THIS MEDICINE for other health
conditions. KEEP THIS MEDICINE out of the reach of children.

Database Edition 00.2 - Expires July 2000
Copyright 2000 First DataBank, Inc.
All rights reserved.

BOP Rx LABEL          TRAK# WFPP03