United States District Court
Middle District of Pennsylvania

Douglas. Henry. Thornton
Reg No# 37461-118   Plaintiff

J. Kane
Sehwel

Vs.

Civil action
1:CV-00-1255

Mr. Donal Romine, Warden et.al.
            Defendants

FILED
SCRANTON
SEP 01 2000
PER _____
DEPUTY CLERK

Motion to Stop Defendant
destroying or distorting any evidences
of any Kind

Now Come's The Said Plaintiff, Douglas. Henry. Thornton and motion this Honorable United States District Court for the middle District of Pennsylvania - for leave to file this motion against the Defendants. To stop them from distorying any and the following evidences of this and it Supplement Complaint.

1. Video of Surveillance Cameras. of March 3, 2000, Dining room USP-Lewisburg Pa

2. Discipline Hearing officer reports, and incidents SIS, report etc. 775538, 773788, 772556, 797330, and their appeals. etc.

Douglas H. Thornton
USP-Allenwood
P.O. Box 3500

August 24, 2000