United States District Court
Middle District of Pennsylvania

Douglas Henry Thornton
Reg No # 37461-118 Plaintiff

Vs.

Mr. D. Romine, Warden et al
Defendants

Civil Case No # 1cv-00-12

FILED
SCRANTON
SEP 01 2000
PER _____
DEPUTY CLERK

## Motion to file Supplement Complaint

Come's now the said Plaintiff, Douglas Henry Thornton, and motion this Honorable United States District Court for the Middle District of Pennsylvania. To allow the said Plaintiff to file this motion to file Supplement Complaint to this Complaint for the following reasons and to grant the same.

1. That the subject matters mention within this Complaint. Are by the same federal Correctional officials at the same federal Penitentiary in Lewisburg Pa. That the injuries, pain and suffering and unnecessary use of force was the action of the same administration members of each Complaints. Each Complaint is against federal Prison official at the United States Penitentiary in Lewisburg Pennsylvania.

Respectfully Submitted
37461-118
Douglas H. Thornton
USP-Allenwood

August 24, 2000