United States District Court
Middle District of Pennsylvania



Douglas Henry Thornton
Reg No# 37461-118 · Plaintiff

Vs.

Mr. Donal Romine, Warden
et. al.            Defendants

Civil Case # 1: CV-00-1255

FILED
SCRANTON
SEP 01 2000
PER _____
DEPUTY CLERK

## Motion for Jury Trial

Now comes the said Plaintiff, Douglas Henry Thornton, and motion this Honorable United States District Court for the Middle District of Pennsylvania. For leave to file this motion for a jury trial in this civil complaint. And to grant the same for the following reasons.

1. The Seventh Amendment of the United States Constitution give me the right to a jury trial in this matter.

2. Because of the important of this case and the effect it will have on my life and health and other Federal Prisoner. The legal Control and laws this case might make in controling illegal and stop fabrication and obtruding records of events etc.

Respectfully Submitted
37461-118

August 24, 20