United States District Court
Middle District of Pennsylvania

Douglas Henry Thornton,
Reg No# 37461-118 - Plaintiff.

Vs.

Civil Case No# 1:CV-00-125

MR. Donal Romine, Warden,
et al.         Defendants

FILED
SCRANTON
SEP 01 2000
PER _____
DEPUTY CLERK

Motion For Appointment
of Counsel.

Comes now the said Plaintiff, Douglas Henry Thornton.
And motion this Honorable United States District Court
for the Middle District of Pennsylvania. for leave to file this
motion for appointment of Counsel and to grant the same. For
the following reasons.

1. The said Plaintiff is taking medication that do effect his
metal abtainability to understand Legal research. etc. of this case.

2. The Plaintiff has received injuries to his head.

Respectfully Submitted

37461-118

_Douglas H. Thornton_
USP Allenwood

August 24, 2000