United States District Court
Middle District of Pennsylvania

JUDGE'S COPY

Douglas Henry Thornton
37461-UX        Plaintiff

Vs.                                    Civil Case No.# 1:CV-1255

Mr Donald Romine, Warden
and Unknown Defendants et al
Defendants.

FILED
HARRISBURG, PA

SEP 25 2000

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

Motion to amended
F.R.C.P. Rule 15.

Now comes the said Plaintiff, Douglas Henry Thornton
and motion this Honorable United States District Court
Middle District of Pennsylvania. For leave to File this
motion to amend to this Complaint its Defendants. and
to grant the same for the following reasons.

1. Due to the Subject matters mention within this Civil
Complaint. There are other Defendants of this action.

Certificate of Service, under penalty of
perjury Three Copies to office of the Clerk
U.S. District Court Middle District Pennsylvania
P.O. 983, Harrisburg Pa 17108, One Copy to
Mr. David M. Barasch, U.S. Attorney. Federal
building Suite 219, 220 Walnut St, Harrisburg
Pa 17108, mailed September 20, 2000

Respectfully Submitted
37461-116
Douglas H. Thornton
U.S.P. Allenwood
P.O. Box 3500
White Deer Pa 17807