# ORIGINAL

20 pm
10/3/00

Douglas Henry Thornton
Reg No# 37461-118-1A-116
United States Penitentiary - Allenwood
Post Office Box 3500
White Deer, Pennsylvania 17887

Date: September 27, 2000

To: Mary E. D'Andrea,
    Court Clerk
United States Courthouse
288 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania
        17108

FILED
HARRISBURG, PA

OCT 02 2000

MA—
Per _____

Subject: Docket Sheets for Civil Cases No#
1:00-CV-01255; Thornton V. Romine and Thornton
V. Lindsey Case No# 1:00-CV-01590.

Dear Clerk,
        I am the true Plaintiff of the
above cited Civil Cases thats been Docket in this
Court. I am requesting for a copy of their Docket
Sheets.

                        Respectfully Requested
                        Douglas H. Thornton

C.C.