**JUDGE'S COPY**

copy 21
Filed 10/2

RECEIVED
OCT 19 2000
PER _____
HARRISBURG, PA.   DEPUTY CLERK

Douglas Henry Thornton
Reg No# 37461-118-1A-116
United States Penitentiary Allenwood
Post Office Box 3500
White Deer, Pennsylvania 17887

Date: October 17, 20--

To: Miss Mary E. D'andrea
    Court Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

Dear; Clerk,

I wrote a letter to your office a few weeks ago, Requesting for Copies of the Docket Sheets of the following two Civil Case's of which I am the true Plaintiff. Thornton V. Romine; 1:00-CV-01255. Thornton V. Lindsey; 1:00-CV-01590. Please send me the Docket Sheet of the above cited Civil case's

Respectfully Requested

*[signature]* Douglas H. Thornton