OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-63

December 11, 2000

FILED
SCRANTON
DEC 12 2000

PER _____
    DEPUTY CLERK

Mr. Douglas Henry Thornton
#37461-118
USP-Allenwood
P.O. Box 3000
White Deer, PA 17887

Re: Thornton v. Romine, Civil No. 1:CV-00-1255 and
    Thornton v. Lindsey, et al., Civil No. 1:CV-00-1590

Dear Mr. Thornton:

This is in response to your recent letters in which you request a copy of the docket sheets for the two cases referenced above.

Please be advised that the Clerk's Office does not provide free copies to individuals except by order of court. Copies are available to the public at a cost of $.50 per page. The docket sheet in each case is three (3) pages, for a total of six (6) pages, therefore, the cost for a copy of both docket sheets is $3.00, which must be paid in advance.

Upon receipt of your check or money order payable to the Clerk of Court, we will forward the copies to you.

Sincerely,

M. C. Schimelfenig

M. C. Schimelfenig, Esquire
Pro Se Law Clerk

MCS:laf