IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY THORNTON,
    Plaintiff,

v.

DONALD ROMINE,
    Defendant

CIVIL NO. 1:CV-00-1255

(Judge Kane)

**FILED**
HARRISBURG, PA

JAN - 4 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

### ORDER

**NOW, THIS** 4th **DAY OF JANUARY, 2001**, upon consideration of plaintiff's motions for a jury trial, **IT IS HEREBY ORDERED THAT:**

1. The said motions (Doc. Nos. 4, 17) are GRANTED in accordance with ¶ 2 hereof.

2. If and when this matter reaches the trial stage, trial shall be by jury.

Yvette Kane
United States District Judge

YK:mcs

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 4, 2001

Re:  1:00-cv-01255    Thornton v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

Douglas Henry Thornton
USP-ALLENWOOD
Maximum Security Correct. Inst.
37461-118
P. O. Box 3500
White Deer, PA  17887

```
cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )     Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )    PA Atty Gen ( )
                                         DA of County   ( )    Respondents ( )
Bankruptcy Court               ( )
Other   TSLC                   (✓)
```

MARY E. D'ANDREA, Clerk

DATE:  1-4-01                              BY: _____
                                               Deputy Clerk