IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY THORNTON,
    Plaintiff,

v.

DONALD ROMINE,
    Defendant

CIVIL NO. 1:CV-00-1255

(Judge Kane)

FILED
HARRISBURG, PA

JAN 0 4 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

### ORDER

**NOW, THIS** 4th **DAY OF JANUARY, 2001,** upon consideration of he facts that: **(1)** plaintiff has filed 3 motions to amend his civil rights complaint; **(2)** Federal Rule of Civil Procedure 15(a) provides in part that "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served ... ;" and **(3)** the complaint in this case has not yet been served and, therefore, no responsive pleadings have been filed,[1] **IT IS HEREBY ORDERED THAT:**

    1. Plaintiff's motions to amend (Doc. Nos. 13, 16, 19) are GRANTED in accordance with the terms of ¶ 2 hereof.

    2. Plaintiff shall file an amended complaint within twenty (20) days of the date of this order. Further, Plaintiff is advised that the "amended complaint must be complete in all respects. It must be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed." Young v. Keohane, 809 F. Supp. 1185,

---

1. For the same reason, plaintiff's motion to compel discovery will be denied as premature.

1198 (M.D. Pa. 1992). The Clerk of Court is directed to send Thornton along with this order 2 copies of this court's form civil rights complaint which plaintiff should use in preparing his amended complaint.

      3. Plaintiff's motion to compel discovery (Doc. 6) is DENIED as premature.

                                                      /s/ Yvette Kane
                                                      Yvette Kane
                                                      United States District Judge

YK:mcs

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 4, 2001

Re:   1:00-cv-01255    Thornton v. Romine

True and correct copies of the attached were mailed by the clerk
to the following:

Douglas Henry. Thornton
USP-ALLENWOOD
Maximum Security Correct. Inst.
37461-118
P. O. Box 3500
White Deer, PA   17887

— w 2 copies of compt

cc:
Judge                         (✓)
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen   ( )   PA Atty Gen ( )
                                      DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other  PRShC                  ( )
       Schmellfangs

MARY E. D'ANDREA, Clerk

DATE:  1-4-01                                      BY:  _____
                                                        Deputy Clerk