27
copy

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## RETURN OF SERVICE OF PROCESS

PLAINTIFF Douglas H Thornton   COURT CASE NUMBER 1:CV-00-1255
DEFENDANT Donald Romine   TYPE OF PROCESS Summons

SERVE Donald Romine - Warden USP Lewisburg
(Name individual, company; corporation, etc. to be served)

AT Lewisburg, PA
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE

FILED
SCRANTON
MAR - 7 2001
PER _____
DEPUTY CLERK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.
____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
__X__ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: Lori Cunningham
TITLE (IF ANY) OF PERSON SERVED: Staff Attorney
ADDRESS WHERE SERVED: USP Lewisburg

DATE AND TIME OF PERSONAL SERVICE: 02/28/01   0830
REMARKS: _____

02/28/01                    _____
Date                        Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)