UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA



SUMMONS IN A CIVIL ACTION

Thornton
    Plaintiff
V.

CASE NUMBER: 1:00-cv-01255

Romine
    Defendant

TO:

    (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

    Douglas Henry. Thornton
    USP-ALLENWOOD
    Maximum Security Correct. Inst.
    37461-118
    P. O. Box 3500
    White Deer, PA  17887

FILED
SCRANTON
MAR 2 6 2001
Per _____ DEPUTY CLERK

an answer to the complaint which is herewith served upon you, within (60) SIXTY DAYS after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: _____
    Deputy Clerk

DATE: March 7, 2001

RETURN OF SERVICE - Case #1:00-cv-01255

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

| | Served personally upon the defendant. Place where served: _____

| | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

| | Returned unexecuted: _____
_____
_____

| | Other (specify): _____
_____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date                     Signature of Server

                                       _____
                                       Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-01255

Douglas Henry. Thornton
    plaintiff

v.

Donald Romine
    defendant

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thornton | CV-00-1255 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Romine | S.a.C. |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U. S. Attorney

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Williamsport, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  G. Lanelle | Date 3/9/01 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)
LINDA WAGNER

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 13 MAR 01 | 0831 | am |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

FILED
SCRANTON
MAR    2001

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   DEPUTY CLERK   FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thornton | CV-00-1255 |
| DEFENDANT | TYPE OF PROCESS |
| Romine | S&C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

The Attorney General DOJ

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

...WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All...)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Attorney General
DOJ
Washington, DC 20530

2. Article Number (Copy from service label)
7000 0520 0022 3037 3723

Form 3811, July 1999  Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)  DEPARTMENT OF JUSTICE
B. Date of Delivery  MAR 19 2001
C. Signature X _Ernest T. Parker_ SUPERVISOR
D. Is delivery address different from item 1? ☐ Yes  ☐ No
  ☐ Agent ☐ Addressee

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

102595-00-M-0952

CV-00-1255

---

MS Deputy or Clerk: _ple_   Date: 3/8/01

...as shown in "Remarks", the process described ...oration, etc., shown at the address inserted below.

...med above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

Date of Service: 3/19/01   Time: am / pm

Signature of U.S. Marshal or Deputy: _Andrew Lavelle_

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:

---

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)