**JUDGE'S COPY**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON
    PLAINTIFF,

VS.

DONALD ROMINE: WARDEN, ET.AL.
    DEFENDANT"S

CIVIL ACTION# 1;00.012
( JUDGE KANE )

FILED
HARRISBURG
APR - 6 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

MOTION TO FILE SUPPORTING AFFIDAVIT"S

NOW COME's THE SAID PLAINTIFF, DOUGLAS HENRY. THORNTON, AND MOTION THIS
THIS HONORABLE UNITED STATES DISTRICT COURT TO ALLOW THE SAID PLAINTIFF
LEAVE TO FILE THIS SUPPORTING AFFIDAVITS TO THE CAUSE OF THIS ACTION AND
TO GRAND THE SAME FOR THE FOLLOWING REASONS:

(1). The supporting affidavits that the Plaintiff is filing in support
the subject matter of this action are from other inmates that has experi
nce some of the same thing that the Plaintiff has experience and subject
to some of the same thing and there effects etc.

(2). These affidavits are from federal inmates at the United States
penitentiary in Lewisburg, Pennsylvania or was at the federal penitenti
in Lewisburg Pennsylvania at the time the Planitiff was.

RESPECTFULLY SUBMITTED
DOUGLASH. THORNTON
REG NO# 37461-118-1A-116
United States Penitentiar
Box 3500
White Deer Pennsylvania
    17887

January 31 2001
cc United States Attorney
Middle district of Pennsylvania
Williamsport Pa 17701

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON; REG NO# )
37461-118        Plaintiff's,     )
                                  )
~~[redacted]~~                    )
~~[redacted]8~~                   )
                                  )
                                  )
Vs.                               )         Civil Action NO# 1:00-1025S
                                  )
                                  )
DONALD ROMINE; Warden, ET.AL.     )
                  Defendant's     )
                                  )

## SUPPORTING AFFIDAVIT'S

This affidavit are in support of the above title and cited civil action. The contents and subject matters mention within this affidavit are the thing that the person who sign to authenticate a legally sworn statement under the jurisdiction of title 28 section 1746, are true and of their personal experience with the subject matter of this action and its effects on their person. I, _Raheem Johnson_, am a federal prisoner at the United States Penitentiary in Lewisburg Pennsylvania. I to as the Plaintiff's of this action are forced by the defendant's to walk through **Radiation** generating metal detectors ever day here at the federal penitentiary in Lewisburg Pennsylvania. I walk through these metal detectors about 30 times a day about a hundred times a week and more then four thousand times a year. I have been experiencing sleeping disorder, and headaches lost of weight and eating disorder. And other such problems that may the same as cited above.

Respectfully Submitted

_Raheem John_

UNITED STATES PENITENTIARY
FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1000
LEWISBURG, PENNSYLVANIA 17837

Date; January    2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON
REG NO; 37461-118   PLAINTIFF'S

VS.

CIVIL ACTION CASE NO#
1:00-01255

DONALD ROMINE; WARDEN, ET.AL.
                    DEFENDANT'S

### SUPPORTING AFFIDAVIT'S

This affidavit are in support of the above title and cited civil action. The contents and subject matters mention within this affidavit are the thing that the person who sign to authenticate a legally sworn statement under the jurisdiction of title 28 section 1746; are true and correct and of their personal experience with the subject matter of this action and its effects on their person.

I, Hussain Abdallah ; am a federal prisoner at the United States penitentia[ry] in Lewisburg Pennsylvania. I as the Plaintiff of this action as cited above are being forced by the defendant's to walk through metal detectors that generate and produce leve[ls] of radiation. I as the Plaintiff of this action are forced to walk thorugh these metal detectors more then five thousand times a year, more then four hundred times a month, mo[re] then a hundred times a week and on or about 30 times a day. I have been experiencing so[me] of the same effects as the Plaintiff and those that are mention within the contents of this complaint. Such as sleeping disorder, eating disorder, headaches, lost of weight, e[tc.] I have read and fully understand the content of this affidavit's. Executed on this day January   2000.

Hussain Abdallah - 35561-0[..]
LEGALLY SUBMITTED  Willi[..]

UNITED STATES PENITENTIARY
POST OFFCIE BOX 1000
LEWISBURG PENNSYLVANIA 17837

DATED:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON; REG NO# )
37461-118          Plaintiff's , )
                                 )
███████████████████              )
████8          ████.             )
                                 )
                                 )
Vs.                              )         Civil Action NO# 1:00-0115
                                 )
                                 )
DONALD ROMINE; Warden, ET.AL.    )
                  Defendant's    )
                                 )

## SUPPORTING AFFIDAVIT'S

This affidavit are in support of the above title and cited civil action. The contents and subject matters mention within this affidavit are the thing that the person who sign to authenticate a legally sworn statement under the jurisdiction of title 28 section 1746, are true and of their personal experience with the subject matter of this action and its effects on their person. I, *John P. Brown*, am a federal prisoner at the United States Penitentiary in Lewisburg Pennsylvania . I to as the Plaintiff's of this action are forced by the defendant's to walk through **Radiation** generating metal detectors ever day here at the federal penitentiary in Lewisburg Pennsylvania. I walk through these metal detectors about 30 times a day about a hundred times a week and more then four thousand times a year. I have been experiencing sleeping disorder, and headaches lost of weight and eating disorder.
And other such problems

Respectfully Submitted

*John P. Brown* #0801-

UNITED STATES PENITENTIARY
FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1000
LEWISBURG , PENNSYLVANIA 17837

Date; January      2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON
REG NO; 37461-118   PLAINTIFF'S

VS.

DONALD ROMINE; WARDEN, ET.AL.
DEFENDANT'S

CIVIL ACTION CASE NO#
1:00-01255

## SUPPORTING AFFIDAVIT'S

This affidavit are in support of the above title and cited civil action. The contents and subject matters mention within this affidavit are the thing that the person who sign to authenticate a legally sworn statement under the jurisdiction of title 28 section 1746; are true and correct and of their personal experience with the subject matter of this action and its effects on their person.

I, Shalbox Emmanuel ; am a federal prisoner at the United States penitentiar in Lewisburg Pennsylvania. I as the Plaintiff of this action as cited above are being forced by the defendant's to walk through metal detectors that generate and produce leve of radiation. I as the Plaintiff of this action are forced to walk thorugh these metal detectors more then five thousand times a year, more then four hundred times a month, mo then a hundred times a week and on or about 30 times a day. I have been experiencing son of the same effects as the Plaintiff and those that are mention within the contents of this complaint. Such as sleeping disorder, eating disorder, headaches, lost of weight, e I have read and fully understand the content of this affidavit's. Executed on this day_ January      2000.

LEGALLY SUBMITTED
/s/ #11697-058
UNITED STATES PENITENTIARY
POST OFFCIE BOX 1000
LEWISBURG PENNSYLVANIA 17837

DATED:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON; REG NO# 37461-118         Plaintiff's ,

~~[redacted]~~

Vs.

DONALD ROMINE; Warden, ET.AL.
                    Defendant's

Civil Action NO# 1:00-012

## SUPPORTING AFFIDAVIT'S

This affidavit are in support of the above title and cited civil action. The contents and subject matters mention within this affidavit are the thing that the person who sign to authenticate a legally sworn statement under the jurisdiction of title 28 section 1746, are true and of their personal experience with the subject matter of this action and its effects on their person. I, _Leonidas X Fields_, am a federal prisoner at the United States Penitentiary in Lewisburg Pennsylvania. I to as the Plaintiff's of this action are forced by the defendant's to walk through **Radiation** generating metal detectors ever day here at the federal penitentiary in Lewisburg Pennsylvania. I walk through these metal detectors about 30 times a day about a hundred times a week and more then four thousand times a year. I have been experiencing sleeping disorder, and headaches lost of weight and eating disorder. And other such problems that may the same as cited above.

Respectfully Submitted

_Lemidas Fields 2865_

UNITED STATES PENITENTIARY
FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1000
LEWISBURG , PENNSYLVANIA 17837

January     2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON; REG NO# )
37461-118        Plaintiff's ,   )
                                 )
~~[redacted]~~                   )
~~[redacted]~~ 8  ~~[redacted]~~ )
                                 )
                                 )
Vs.                              )     Civil Action NO# 1:00-012
                                 )
                                 )
DONALD ROMINE; Warden, ET.AL.    )
              Defendant's        )
_____)

## SUPPORTING AFFIDAVIT'S

This affidavit are in support of the above title and cited civil action. The contents and subject matters mention within this affidavit are the thing that the person who sign to authenticate a legally sworn statement under the jurisdiction of title 28 section 1746, are true and of their personal experience with the subject matter of this action and its effects on their person. I, _Henry L. Hill_, am a federal prisoner at the United States Penitentiary in Lewisburg Pennsylvania. I to as the Plaintiff's of this action are forced by the defendant's to walk through **Radiation** generating metal detectors ever day here at the federal penitentiary in Lewisburg Pennsylvania. I walk through these metal detectors about 30 times a day abou a hundred times a week and more then four thousand times a year. I have been experienc ing sleeping disorder, and headaches lost of weight and eating disorder.
And other such problems

Respectfully Submitted

_____

UNITED STATES PENITENTIARY
FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1000
LEWISBURG , PENNSYLVANIA 17837

Date; January     2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON; REG NO# )
37461-118         Plaintiff's, )
                                  )
~~[redacted]~~                    )
~~[redacted]8~~                   )
                                  )
                                  )                    1:00
Vs.                               )    Civil Action NO# 01255
                                  )
                                  )
DONALD ROMINE; Warden, ET.AL.     )
              Defendant's         )
                                  )

## SUPPORTING AFFIDAVIT'S

This affidavit are in support of the above title and cited civil action. The contents and subject matters mention within this affidavit are the thing that the person who sign to authenticate a legally sworn statement under the jurisdiction of title 28 section 1746, are true and of their personal experience with the subject matter of this action and its effects on their person. I, _Dyson J. Eli_____,
am a federal prisoner at the United States Penitentiary in Lewisburg Pennsylvania. I to as the Plaintiff's of this action are forced by the defendant's to walk through **Radiation** generating metal detectors ever day here at the federal penitentiary in Lewisburg Pennsylvania. I walk through these metal detectors about 30 times a day about a hundred times a week and more then four thousand times a year. I have been experiencing sleeping disorder, and headaches lost of weight and eating disorder.
And other such problems

                              Respectfully Submitted
                              _Dyson J. Eli_____
                              UNITED STATES PENITENTIARY
                              FEDERAL BUREAU OF PRISONS
                              POST OFFICE BOX 1000
                              LEWISBURG, PENNSYLVANIA 17837

Date; January    2000