```
U.S.P. ALLENWOOD PHARMACY (570) 547-09
PO BOX 3500 - WHITE DEER, PA  17887
    13191    E. JOHNSON    05/11/01
THORNTON, DOUGLAS HENR  37461-118
ALP - A01-116L
TAKE ONE TABLET BY MOUTH THREE
TIMES A DAY FOR 5 DAYS

ACETAMINOPHEN 500 MG CA
(0)Refill 05/11/2001  RWS  Rx
CAUTION: Federal law prohibits transfer of this drug
to any person other than patient for whom prescribed.
```

From: Douglas H. Thornton
Reg: No# 37461-118-116
United States Penitentiary Allenwood
Post Office Box 3000
White Deer, Pa. 17887.

Date: May 13 2001

To, The, Honorable; Yvette Kane
United States District Court Judge.
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

1:CV-00-1255
1:CV-00-01590

FILED
HARRISBURG, PA
MAY 16 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Your Honor;

I am writing to you because of the pain I been having do to Medical problems I am having. I been trying to get dental treatment for over a month, I have a very large hold in the ~~second~~ second teeth from the last of the left top roll. I I have talked to my unit manager Mis R. Eldridge many times over the month about the pain I am having. I been on sick call, talked to PA and other medical staff member, and Mr Ronald A. Laino, HSA. Now my mouth is ineffect do to not receiving treatment etc. I was told that my medical record could not be found, one week the next week

2

the xray that was taken of my teeth could not be found. I first mention this matter to medical staff and my unit manger the second of April of this year. I could not go on sick call because the institution was lock down do to a incident. The fielin in had in the tooth came out leaving a big hold. The hold upper left size of my face is in pain. I do not no if I am being treated this way because of civil action I now have befor this court see civil action 1:CV-00-1255 and civil action 1:CV-00-01590. I well stop eating to receiv effective medical treatment and because of the pain I am having from my tooth and prostate gland. I have not refuse medical treatment how ever untrue report of not ansuering medical call are being place in my records &c. please held me

MAY 13-2001