JUDGE'S COPY

36

From: Douglas Henry-Thornton
Reg No# 37461-118-SHU-215
United States Penitentiary-Allenwood
Federal Bureau of Prisons
P.O. Box 3000
White Deer Pa 17887

Date: August 8, 2001

To: Mary E. D'Andrea
Clerk of Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Post Office Box 938
Harrisburg Pa 17108

FILED
HARRISBURG, PA
AUG 10 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Miss D'Andrea,

    I am a Federal Prisoner at USP Allenwood. I am housed in the Special Housing Unit under SIS Investigation, begining July 9, 2001. I have two Civil complaint pending before this Court Cases No# 1:00 CV-01590 and Civil No# 1:CV-00-1255. I filed many requests to officials here to use the Unit Law, and to get my legal property so I can litigate these causes of action. I have not been allowed to use the law library to this date August 8, 2001 nor have I been given my legal property as needed. I can not litigate these actions without the my legal property or the law library.

cc: