In the United States District Court
for the Middle of Pennsylvania

Douglas Henry-Thornton
  Plaintiff

Vs.

Donald Romine, Warden.
  Defendant

FILED
HARRISBURG, P

AUG 15 2001

MARY E. D'ANDREA, C
Per _____
  Deputy Clerk

Civil Lit # 1:CV-00-12

## Writ of Mandamus

Comes now the said Plaintiff, Douglas Henry-Thornton, and motion this honorable United States District Court for the Middle District of Pennsylvania. To all the said Plaintiff, leave to file the motion of writ of Mandamus for the following reasons and to grant the same.

1. That the Plaintiff, in a Federal Prisoner at the United States Penitentiary Allenwood, within the Special housing Unit where he is being refuse the right to use the ~~range~~ Unit law library and where he Plaintiff is being refuse the right to have his legal property etc.

Respectfully Submitted

US Attorney Middle District of
Pennsylvania,
CC.

August 12, 2001

Douglas H. Thornton
37461-118 SHU ZL
USP Allenwood
P.O. Box 2-