JUDGE'S COPY

Douglas Henry - Thornton
Reg No# 37461-118 SHU 215
United States Penitentiary Allenwood
P.O. Box 3000
White Deer Pa 17887.

Date: August 14, 2001

To: Ms. Mary E. D'Andrea
      Court Clerk
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa 17108

FILED
HARRISBURG
AUG 1 6 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Dear Clerk,
    I am requesting that any fee that I need to pay this Court for any out standing payment fee etc. for docket or Notice of appeals pertaining to any of the Civil action that I own to this Court in Civil actions 1:CV-00-1255 and Civil action 1:CV-00-1255, be charged to my account with this Court. Account Number DO code Div N account No# 5100L and Appeal Notice Fee 01-2802. If these fee can be Charge to my account Please do so if not.
Thank you -

Sincerely
Taylor H. Thornton