UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY THORNTON
    Plaintiff

v.

DONALD ROMAINE,
    Defendant

CIVIL NO. 1:CV-00-1255

(JUDGE KANE)

**ORDER**

FILED
MAR 1 9 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

Upon consideration of Plaintiff's motion to file supporting affidavits to cause of action, filed April 6, 2001, said motion (Doc. No. 29) is GRANTED. The affidavits annexed to the motion will be docketed and placed into the record for consideration in this case.

**NOW, THEREFORE, THIS** 19 **DAY OF MARCH, 2002, IT IS HEREBY ORDERED THAT** Plaintiff's motion to file supporting affidavits (Doc. No. 29, with affidavits annexed) is **GRANTED.**

_____
YVETTE KANE
United States District Judge