(43)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

MAR 1 9 2002

MARY E. D'ANDREA, CLERK
Per_____
            DEPUTY CLERK

DOUGLAS HENRY. THORNTON
REG NO; 37461-118   PLAINTIFF'S

)
)
)
)
)
)
VS.
)
)
)
)
)
DONALD ROMINE; WARDEN, ET.AL.
                    DEFENDANT'S
)
)

CIVIL ACTION CASE NO#___
1.00-01255

1:00 CV1255

## SUPPORTING AFFIDAVIT'S

This affidavit are in support of the above title and cited civil action. The contents and subject matters mention within this affidavit are the thing that the person who sign to authenticate a legally sworn statement under the jurisdiction of title 28 section 1746; are true and correct and of their personal experience with the subject matter of this action and its effects on their person.

I, _Chakborx Emmanuel_ ; am a federal prisoner at the United States penitentiary in Lewisburg Pennsylvania. I as the Plaintiff of this action as cited above are being forced by the defendant's to walk through metal detectors that generate and produce level of radiation. I as the Plaintiff of this action are forced to walk thorugh these metal detectors more then five thousand times a year, more then four hundred times a month, mc then a hundred times a week and on or about 30 times a day. I have been experiencing som of the same effects as the Plaintiff and those that are mention within the contents of this complaint. Such as sleeping disorder, eating disorder, headaches, lost of weight, e I have read and fully understand the content of this affidavit's. Executed on this day_ January  2000.

LEGALLY SUBMITTED
_____ #11697-058
UNITED STATES PENITENTIARY
POST OFFCIE BOX 1000
LEWISBURG PENNSYLVANIA 17837

DATED: