IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY. THORNTON; REG NO# )
37461-118          Plaintiff's,   )
                                  )
[redacted]                        )
[redacted] 8 [redacted]           )
                                  )
                                  )
Vs.                               )      Civil Action NO# 1:00-01255
                                  )
                                  )
DONALD ROMINE; Warden, ET.AL.     )
                  Defendant's     )
                                  )

FILED
SCRANTON

MAR 1 9 2002

MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY

1:00CV1255

## SUPPORTING AFFIDAVIT'S

This affidavit are in support of the above title and cited civil action. The contents and subject matters mention within this affidavit are the thing that the person who sign to authenticate a legally sworn statement under the jurisdiction of title 28 section 1746, are true and of their personal experience with the subject matter of this action and its effects on their person. I, _Henry L. Hill_, am a federal prisoner at the United States Penitentiary in Lewisburg Pennsylvania. I to as the Plaintiff's of this action are forced by the defendant's to walk through **Radiation** generating metal detectors ever day here at the federal penitentiary in Lewisburg Pennsylvania. I walk through these metal detectors about 30 times a day about a hundred times a week and more then four thousand times a year. I have been experiencing sleeping disorder, and headaches lost of weight and eating disorder.
And other such problems

Respectfully Submitted

_____
UNITED STATES PENITENTIARY
FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1000
LEWISBURG, PENNSYLVANIA 17837

Date; January     2000