

Case No: 1:00-cv-1255   Document No: 39,   1 Copy Printed: Mar, 19, 2002  11:36 AM

Douglas Henry. Thornton
37461-118
USP-ALLENWOOD
Maximum Security Correct. Inst.
P. O. Box 3500
White Deer, PA 17887

The U. S. District Court for the Middle District of PA has
established a Fax/Noticing Program effective 2/1/02.
To participate in the program, and receive notices of orders
and judgments by electronic means, please complete the
authorization form attached.

(39)
3-19-
mm

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HENRY THORNTON
Plaintiff

v.

DONALD ROMAINE,
Defendant

CIVIL NO. 1:CV-00-1255

(JUDGE KANE)

**FILED**
MAR 1 9 2002
PER _mm_
HARRISBURG, PA  DEPUTY CLERK

<u>ORDER</u>

Upon consideration of Plaintiff's motion to file supporting affidavits to cause of action, filed April 6, 2001, said motion (Doc. No. 29) is GRANTED. The affidavits annexed to the motion will be docketed and placed into the record for consideration in this case.

**NOW, THEREFORE, THIS** 19th **DAY OF MARCH, 2002, IT IS HEREBY ORDERED THAT** Plaintiff's motion to file supporting affidavits (Doc. No. 29, with affidavits annexed) is **GRANTED**.

_____
YVETTE KANE
United States District Judge